# Congressman Vito J. Fossella

presented to

## Lieutenant Colonel Robert T. Alessi

American Legion

King's County Youth Recreational Facility

For Your Dedication & Support of the Youth of our Community

February 20, 2005

*VITO J. FOSSELLA*
Member of Congress
13th District, New York

NOT PRINTED AT GOVERNMENT EXPENSE

# Congressman Vito J. Fossella

presented to

## Lieutenant Colonel Robert T. Alessi

*American Legion*

*King's County Youth Recreational Facility*

*For Your Dedication & Support of the Youth of our Community*

February 20, 2005

**VITO J. FOSSELLA**
*Member of Congress*
*13th District, New York*

NOT PRINTED AT GOVERNMENT EXPENSE



# Congressman Vito J. Fossella

## Certificate of Recognition

presented to

*Lieutenant Colonel Robert T. Alessi*

*United States Army*

*In Appreciation of his Dedication & Service to our Country & Community*

March 5, 2000

**VITO J. FOSSELLA**
Member of Congress
13th District, New York

NOT PRINTED AT GOVERNMENT EXPENSE



# DISTRICT LEADERSHIP TEAM
*Bronx High Schools*
presents this
## AWARD FOR LEADERSHIP
To
## LTC ROBERT T. ALESSI
CHAIR- School Leadership Team
*2000-01*
*Theodore Roosevelt High School*

In recognition of your
dedicated service

Third Annual District
School Leadership Team Conference
June 1, 2001



Presented To

# LTC ROBERT ALESSI

*In Gratitude To You For*

*Your Support And Help Without Reservation*

*So That The Parent-Teacher Association*

*Can Be As Strong As Possible At*

*Theodore Roosevelt High School.*

*We Sincerely Thank You.*

**Parent Teacher's Association**

**Theodore Roosevelt High School**

June 27, 2003










**Brooklyn Division**
**New York District – Kiwanis International**
**Kiwanian Of The Year**
**Robert Alessi**
**Kiwanis Club Of Bensonhurst & Bay Ridge**

*Presented In Recognition Of Exceptional*
*Leadership And Devoted Service*
*To Their Club*
*And The*
*Brooklyn Division*

*Lt. Governor Maureen Neuringer*
*September 20, 2011*





# MILITARY ORDER

OF THE

# PURPLE HEART

OF THE UNITED STATES OF AMERICA, INC.

CHARTERED BY ACT OF U. S. CONGRESS



1782                            1932

## CITATION

Robert T. Alessi LT. Col. Ret.

IN APPRECIATION OF YOUR LOYAL SUPPORT TO CHAPTER # 405
MILITARY ORDER OF THE PURPLE HEART BROOKLYN, NEW YORK
THIS DATE    22    02    00
             DAY   MONTH  YEAR

_____          _____
COMMANDER                           JR. VICE COMMANDER