I have been married to Robert Alessi for 44 years as of December 27th. Bob was considerate, outgoing and even-tempered. He was sent to Vietnam as an officer in April of 1970, four months after we were married. A year later when Bob returned, I went to pick him up at the airport. I walked right passed him, not recognizing him. Only when I heard my name called did I turn to see my husband in his early twenties, completely gray and weighing about 125 pounds. A doctor told him the change was due to extreme stress and that his original color would return, which it eventually did. I noticed a change in Bob's personality as soon as he returned from Vietnam. Bob had become introverted, quiet and very quick to anger.  He was experiencing nightmares that got worse; however he wouldn't discuss them with me. He said I wouldn't understand. I attributed these changes to him re-adjusting from Vietnam.

Bob was a soldier's soldier.  Bob's subordinates trusted and respected him because he had proven to them many times that he would never ask them to do anything he wouldn't do or hadn't done himself. He didn't eat with the other officers, but instead chose to eat with his men.  If Bob felt the food was sub-par, he was known to send the "mess truck" back to base in order to return with food more suitable for his men. Throughout Bob's military career I often heard men in his command say that they wouldn't hesitate to go to war with him.

Bob has been a good father and husband. He coached our son's baseball teams and never missed our daughter's softball games. Bob always had a strong sense of duty, honor and country and has effectively passed these values on to our children. Bob always taught what a great country we live in and that we should not just take for granted what it has to offer, but that we should also give back. Our children continue to do just that. Our son is a career soldier in the Air Force and our daughter is an attorney; each giving back in their own ways.

About 20 years after returning from Vietnam while still in the military, Bob began working late into the evenings and every weekend. Later that year, "Operation Desert Shield" was upon us, lending explanation to the intense work hours. Bob was among the first to go. Desert shield would turn into Desert Storm and when that ended Bob was sent to help with a situation involving the Kurds.

Bob was gone for over a year and a half. When he returned, I noticed yet another personality change in him. He had become very controlling, micro-managing everything. When I brought this to his attention his response was always the same. "Lin, I have to cover all my bases. I can't afford to make any mistakes. If I make a mistake, even a small mistake, men die." It was clear to me that Bob was having great difficulty separating his military duties from his home life.

Bob is very community oriented. He would do whatever was asked of him. He is a lifetime member of the Purple Heart Association (he has two Purple Hearts for his war wounds). He is also a lifetime member of the American Legion and Kiwanis International. Bob worked very hard for these organizations and was always highly respected.

I very much hope the Court will take all of this into consideration before sentencing.

Sincerely,

Linda Alessi

**ATTENTION:** HONORABLE JUDGE BRIAN M. COGAN
US DISTRICT COURT, EASTERN DISTRICT of NEW YORK
225 CADMAN PLAZA EAST, BROOKLYN, NY, 11201

Your Honor, I am Robert J. Alessi, son of Robert T. Alessi.  I am writing this letter in the hopes that you will see the kind of person I know my father to be.  Growing up was difficult at times due to my father's duties as an Army officer.  He was gone quite a bit but I understood and supported my father throughout those times.  He made sure we were taken care of, weather he was home or away.  While he was home, he taught me many things.  Some of the things he taught me and the way he taught me I did not understand until I was older and on my own.  Life in our home was very orderly and most times well planned out.  Even the order in which we opened our Christmas presents was well planned out.  My room had to pass inspection every Saturday and my chores had to be done to standard before I was allowed to do anything else.  I was taught about being respectful to those around me and think of others before myself.  I was consistently reminded about school being a foundation to a good future.  My father had to be reminded of that more often than he should have.  He taught me to be reliable and calm when others weren't.  That, I think, was the most important lesson I learned from him.

Teamwork was also drilled into my head.  My father taught me this mainly though sports.  He was involved in my life as much his duties would allow.  He always seemed to make time to coach me, not only in sports but in life.  He coached me in baseball many seasons and he brought that "winner" concept with him when he coached.  At the end of every season, my team and I walked away better ball players and closer to being men because of his mentorship.  He was a hard man with extremely high standards.  However, I came to realize how grateful I was to have my father raise me that way he did when I encountered my first little taste of combat while deployed to Albania and Kosovo in 1999.  It was after that deployment that I understood why my father was tough on me growing up.  All the things I learned from him came out and proved lifesaving not only to me but to others I was deployed with.  I couldn't be sorrier that I revolted against him at times growing up.  Those lessons carried on through every deployment I ever went on; all 10 of them.  I was calm and collected in the face of chaos and I was reliable under pressure when others weren't.  He is mainly responsible for the man I am today.  I also take pride in passing on those lessons to my troops and because I have, they too are better for it.  I have often had my troops come up to me after they have returned from deployment thanking me for what I thought them.  They only have my father to thank for that.

From the start of a young age, I noticed my father talking in sleep often.  He was saying things I didn't understand for my age.  I was old enough to know he was giving orders to his soldiers while he slept.  I simply figured it was normal since dad lead soldiers and maybe it was a nightmare.  At that young age I knew everyone had nightmares and didn't think anything of it.  I do remember a specific nightmare he had shortly after he returned from Desert Storm.  He was going through what I could only make out as he was talking on a field radio.  I could tell because he was using radio language and not

common speech. I couldn't help but to continue to listen. I also noticed he seemed to be in the middle of two different events. He was using location names more typical to South East Asia and location names more typical of the Middle East. I quickly realized he was having another nightmare and was caught in the middle of two wars. He never talked to us about anything he had gone through or what he did on his deployments. I am certain that it was to protect us and probably because he couldn't tell us for security reasons. After I witnessed that nightmare I, for some reason, paid closer attention to my father and his ways. I noticed he always faces the entrance door at public establishments; he frequently looks behind him when he is outside of the house and his tremors have gotten much worse. I have seen my father shake so badly he burned himself with the coffee he was trying to drink because he couldn't hold the coffee cup steady. My mother told me my father was very different when he returned from Viet Nam. I can only describe my father as "empty" when he returned home from the Gulf War. My mother did prepare me for his return home. She told me what to expect and not to ask questions outside of how the food was and how the people were. I can only assume mom was speaking from the experience she had when my father returned home from Viet Nam.

My father served his country honorably and without regret. He never asked for anything in return for his service. All he ever asked is for the people of this country, who he was a servant to, to support his soldiers who served them well. He served during a time when a large portion of his fellow countrymen didn't support him or his soldiers for their service. They returned home to name calling and other despicable acts against them; but my father and his soldiers continued to serve despite the lack of support. Throughout my father's life; he was a star athlete, a college graduate, a highly respected Army officer, a family man, a teacher, and servant who committed his life to the security of this nation. With all the good my father has done for others, I can only beg for you not to overlook all those great things when addressing the one bad thing. He has admitted to his charges and has lived with the guilt. He knows what he has done and has not denied anything. This has had a devastating effect on him to the point that his health has seriously deteriorated. I am dealing with this in the only way I know how. I am staying strong for my family. They need someone calm and clear minded to ensure decisions are made out of logic and emotion. It has been my experience that when people make decisions during a highly negative emotional state, that decision is normally not the wisest decision to make. I will be the person my father was for me when my daughter passed.

I love my father very much. I owe him more than I could ever give him back. He stuck by my side and loved me even when I made mistakes. He made sure I was ok and guided me through my darkest time in my life. He was my strength on 2 April 2001 when my second daughter Nikki passed away at six weeks old. I heard the pain in his voice while he did his best to calm me down. Despite his pain, he still kept himself together to be strong for me. Needless to say I was in serious need of strength that day and for a long time afterwards. I have no doubt that my father was in pain for a long time too after he heard of his granddaughter's passing. Regardless of what he was feeling, he was there for me. He comforted me and talked me through to see that I still have another daughter, who is now 12, and I can't forget about her. The father I have done my best to describe to you is the real Robert Alessi. Please take that into consideration when time of sentencing comes.

Your Honor, I too will continue to serve you and the people of this country regardless of the decision you make in regards to father. I will serve you selflessly, honorably and in the finest keepings of military pride and tradition as my father did. You too are a servant of the people and our legal system. All too often are people who serve others forgotten about. I would like to thank you for your service and wish you well throughout the time you selflessly choose to serve the greatest city in the world. Good luck to you sir.

Sincerely,

January 5, 2013

To whom it may concern,

My name is Judith Alessi, and I am writing this statement on behalf of my ex father-in-law Robert T Alessi. I met Mr. Alessi in the beginning of 1998 after his son Robert Jason and I were engaged to marry. I was told Mr. Alessi was a Colonel in the Army and by me being just an Airman in the Air Force I felt a bit intimidated to meet him. On the contrary, Mr. Alessi was warm, loving and extremely respectful when I first met him. He welcomed me into the family with open arms and supported both his son and I on our decision to wed. Mr. Alessi was there for my marriage to his son and he even co-signed for our first vehicle.

A year into my marriage I became pregnant with my first daughter Kristen J. Alessi, news that was welcoming to the Alessi family. I remember Mr. Alessi flying us down to meet the rest of the family during thanksgiving in NY when I was about 7 months pregnant. I felt truly at home and was amazed at how close his family was...something I never had. I came from a broken home, and was not used to dinner at the table and "how was your day" moments. I finally felt and knew this was how I wanted my life to be with my own family. Unfortunately, I did learn that military life could sometimes be hard according to Linda, Mr. Alessi's wife. As I am aware now, marriage, deployments and children are not an easy job, but I admired and respected the amount of years the Alessi's had been together and struggles they had overcome.

My first daughter Kristen was born on Feb. 7' 2000; best way to describe my feelings about her was as if I had taken my very first breath of air. Again Mr. Alessi was supportive as ever and flew Mrs. Alessi to see her first grandchild in TX. Unfortunately, Mr. Alessi was unable to make it due to an ROTC class he was teaching at the time. A year later I gave birth to my other daughter Nicole born on Feb. 16' 2001. Tragedy found my family and my little girl; Nicole's life came to an end in April of that year. Mr. Alessi flew down for Nicole's funeral and offered his comfort even after allegations had been made by the Air Force against me in regards to Nicole's death. A year later in 2002 I was taken to trial and Mr. Alessi spoke on my behalf as a mother and the charges brought upon me. I was also called to the stand and revealed information I had not disclosed to anyone about my childhood (ie. Having been sexually abused starting with the age of 5 etc..) I felt ashamed, full of guilt and felt the world had come to an end by the death of my daughter but Mr. Alessi was there to re-assure me that there was this other little girl who needed me to be strong. I felt his sympathy for all that I had gone through as a child and for the grief that surrounded me now in my adult life. I really needed someone to be strong for me as he did but I am not sure if he ever had the opportunity to grief for his own granddaughter. After the trial, Mr. Alessi re-assured me that he would always be there for my family and I felt he treated me like a daughter.

In 2003, my husband and I deployed to Iraq and we chose for our daughter Kristen to stay with Mr. and Mrs. Alessi in NY until our return. I spoke to my daughter every week and learned that she had formed a bond with her grandfather. They would have sit downs for breakfast and he would teach her good hygiene and good manners...as she once told me "mommy, grandpa said my manners are impeccable, and I have to wash up before I go to the dinner table". Kristen's vocabulary had expanded tremendously

and by the time I returned she would tell me all the wonderful things she had done with her grandfather and the rest of the family.  Knowing my daughter was in good hands is what made my deployment a lot easier and stress-free and I thanked Mr. Alessi for that.  Every year after 2003 Kristen would spend the summers with Mr. and Mrs. Alessi.  Mr. Alessi helped prepare Kristen for kindergarten by doing simple reading, simple math and introducing her to other children in the area.  Kristen was at her happiest when she was with grandpa and when she was not in NY they would talk on the phone for long periods of time.  I knew Mr. Alessi was a busy man due to the school house in ROTC and because he was a member to many organizations but I appreciated how he took time out for his granddaughter. Unfortunately, in the year of 2005 my husband and I received orders to move to Turkey and it was hard for all of us to say good-bye.  Kristen would still receive Birthday and Christmas gifts in the mail from grandpa and she would always have stories that jugged her memory every time something or someone reminded her of grandpa.  We spoke to the Alessi's on the phone and I remember one specific time when Linda mentioned that Mr. Alessi was suffering from PTSD and would wake up from nightmares during the night.  I asked if it was safe for Kristen when we returned since I would not want her exposed to grandpa suffering.  Mrs. Alessi mentioned that he was receiving treatment for PTSD and I had nothing to worry about. Finally we moved back to the states in 2008 and Kristen stayed in NY for a short period until my husband and I found a home in TX.  Kristen was now 8 yrs. Old and would describe more in detail her grandfather's character; "grandpa looks like daddy, and he showed me how to make morning breakfast…he also set up a pool in the backyard and wouldn't let me go in until the water was a certain temperature and had the right amount of liquids for me to be safe"  From my observation when returning to pick up Kristen Mr. Alessi had bought Kristen scholar learning books to help her prepare for the upcoming school year.  He would also save any learning projects, drawings, and all the work accomplished in her books to show off his granddaughter.  He has always loved bragging about her to anyone and everyone. Kristen has been until this day an A honor roll student and takes pride in school and education, and for the most part I have Mr. Alessi to thank for instilling those traits in her.

I never knew Mr. Alessi as a father or husband other than from what my husband told me , a well-respected military man, strict yet caring, and very involved in the community as with his family. Regardless of the actions committed and charges brought on Mr. Alessi, I know from first hand that his intentions are not that of malice and I will always trust him with my daughter and will support him for all he has done for my family.  I pray that the court helps him get the medical attention he requires and that there is a treatment for his unexplained actions.

Very Respectfully,

Judith Alessi

IRWIN BECK

███████████

BROOKLYN, N.Y. 11238

███████████

JAN. 12, 2013

THE HONORABLE  BRIAN M. COGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

DEAR HONORABLE COGAN,

MY NAME IS IRWIN BECK, I AM A 100%
DISABLED KOREAN WAR VETERAN WHO HAS KNOW
LT. COL. ROBERT T. ALESSI FOR 17 YEARS THROUGH
THE AMERICAN LEGION AND THE JEWISH WAR
VETERANS. IN MY OPINION HE IS A MAN OF GREAT
CHARACTER WHO IS BOTH HONORABLE & TRUST WORTHY
BOB HAS DISCUSSED HIS CRIME WITH ME. HE HAS
ACCEPTED FULL RESPONSIBILITY AND IS VERY
SORRY FOR HIS ACTIONS.
BOB HAS BEEN VERY ACTIVE WITH VETERANS
ORGANIZATIONS AND HELPING VETERANS IN
GENERAL. ADDITIONALLY, BOB BROUGHT HIS CADET
COLOR GAURD AND CADETS FROM THE BRONX TO LEAD
OUR BROOKLY MEMORIAL DAY PARADE FOR OVER 10

YEARS.

BOB'S WORK AS THE KINGS COUNTY COMMANDER IN 2003-2004 WAS THE BEST WE HAD SEEN IN MANY MANY YEARS. ALSO, HIS WORK WITH OUR COUNTY ORATORACLE, ESSAY, AND AMERICANISM CONTESTS WAS ALWAYS DESIRED.

I HAVE SEEN BOB BEING HONORED BY THE BOROUGH PRESIDENT OF BROOKLYN, THE NEW YORK CITY COUNCIL, THE NEW YORK STATE LEGISLATURE, AND THE NEW YORK STATE SENATE FOR HIS WORK WITH VETERANS AND THE COMMUNITY. I ALSO KNOW THAT BOB HAS BEEN HONORED FOR HIS OTHER COMMUNITY ACTIVITIES WITH CHILDREN AND OTHER GROUPS SUCH AS KIWANIS INTERNATIONAL.

I CONSIDER BOB TO BE ONE OF THE FINEST MEN I KNOW AND I RESPECT AND ADMIRE HIM GREATLY. I ASK YOUR HONOR TO PLEASE CONSIDER BOB'S ENTIRE LIFE INCLUDING HIS HIGHLY DECORATED MILITARY CAREER AND HIS EXTENSIVE SERVICE TO OUR CITY AND OUR COMMUNITY DURING YOUR CONSIDERATION OF SENTENCE. I PRAY THAT YOUR HONOR WILL BE AS LENIENT AS POSSIBLE.

SINCERLY YOURS
Irwin Beck
IRWIN BECK



# Kiwanis

**Brooklyn Division**

Serving the Children of the World®

Lt. Governor Maureen Neuringer

**BROOKLYN DIVISION OFFICERS**

**BEDFORD STUYVESANT**
Pernon Dunston, President
pdunston7@yahoo.com
(718) 622-3888

Cleveland Vaughan, Secretary
crv103@yahoo.com
(718) 789-6680

**BENSONHURST & BAY RIDGE**
Willy Basso, President
wbasso418@gmail.com
(917) 940-8677

Brian Long, Secretary
pharm814@aol.com
(917) 882-8383

**CONEY ISLAND**
Alan Misonznick, President
alanmisonznick@verizon.net
(917) 376-1774

Mary Saletto, Secretary
msaletto@msn.com
(646) 269-7322

**EIGHTY SIXTH ST. BATH BEACH**
Michael Napolitano, President
mnapolitanojr@aol.com
(718) 288-3835

Fran Rizzo, Secretary
rizzoreal@aol.com

**GRAVESEND**
John LaGreca, President
johnlag1115@aol.com
(718) 873-6442

Vincent Monteleone, Secretary
vmont156@aol.com
(917) 593-6549

**KINGS PLAZA CANARSIE**
Steven Pelman, President
MetsBklyn@aol.com
(718) 763-0945

Martin Karoll, Secretary
lionel8152@aol.com
(718) 702-6132

**MAPLETON**
DPG Joseph Corace, President
jcorace@icmdata.com
(917) 282-9498

DPLG Nydia Corace, Secretary
nydia@corporateelectricgroup.com
(718) 886-8400

**PARKWAY EAST**
Joseph Ruggiero, President
JPR857@aol.com
(718) 627-6985  (917) 678-3734

Lenny D'Ambrosia, Secretary
linklen@aol.com
(718) 227-5177  (917) 750-1787

**WEST END**
Robert Cavaliere, President
coachcav22@aol.com
(718) 938-5849

Don Mallozzi, Secretary
best1146@aol.com
(347) 701-1659

December 20, 2012

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Hon. Cogan,

When thinking about the criteria to determine the measure of a man, Dr. Martin Luther King Jr. suggests, *"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy."*

Today we try to measure the man Robert Alessi.

Mr. Alessi served over 20 years in the United States Army through two wars and was awarded two purple hearts.

I would like to share with you the Bob Alessi I have come to know. My husband and I have served our community for over 20 years as officers for Kiwanis International, New York District. Kiwanis, a global organization of members of every age is dedicated to changing the world, one child and one community at a time.

I rose through the Kiwanis ranks and became Distinguished Lt. Governor in the 2010-11 term. During that time, Bob served as a secretary for the prestigious Kiwanis Club of Bensonhurst & Bay Ridge. Under his tutelage, he helped lead his club to receive distinguished status. He himself was awarded the Distinguished Secretary Pin in 2011 for his herculean efforts on behalf of the Kiwanis organization. The Bensonhurst & Bay Ridge Kiwanis Club raised over $100,000.00 last year and gave it all away to local community charities and people in need. Bob was an active participant in contributing to that cause.

In a time of great need for many communities, Bob is always in the front of the line stepping up to help. He carries food to the needy; he donates his time and money freely, but most of all I cannot help but notice his genuine concern for others. Bob is active in volunteering at the Ronald McDonald house in New York City. There is never a time that Bob says he "can't or won't" help out.

Your honor, please consider this whole man, Robert Alessi when measuring who he is. I implore you to seek help for him; he is worth it and he deserves our support.

Very truly yours,

Maureen Neuringer

Maureen Neuringer
Distinguished Past Lt. Governor 2010-2011

**Nydia Corace**

███████████████

**Brooklyn, NY 11235**

---

January 13, 2013

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Robert T. Alessi

Dear Hon. Cogan,

In 1996 I was elected first female Lt. Governor for the Brooklyn Division. The Brooklyn Division consisted of 10 Kiwanis Clubs and it was my job to work with the officers and members of each club. This is when I got to know Bob Alessi.

Bob became one of my Division Chairmen and helped me throughout my year with his support. Bob and his Club were instrumental in raising funds, food and clothing for the victims of the ice storm that year in upstate New York.

My biggest project as Lt. Governor was raising money for the 'Children's Miracle Network' where we volunteered to take care of the telephone banks at the Telethon in New York City. Bob was a big part of that, and would not have been a success without him.

I could go on and on. Bob and his wife Linda are community minded people that make a difference in their community and beyond.

Through the years I have continued my Kiwanis efforts through various leadership positions and Bob has continued his commitment to the community. We continue to be friends.

In the end all I ask is that you take into consideration this man's service to our nation in the Army through multiple wars and wounds and coming home to serve his community with the same passion and commitment.

Yours in Kiwanis Service,

Nydia Corace
New York District Chair

From the Desk of
Mrs. Ann Viverito

Inwood, NY 11096

The Honorable Brian M Cogan
United States District Court
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

December 16, 2012

Dear Honorable Cogan,

I'm writing this letter regarding Robert T. Alessi. I'm aware of his crimes.

I would like you to know a little more about Robert as he is know for many years in the worlds largest Veterans Service Organization. "The American Legion Family". He is a man of Integrity, his Character has always been flawless, he always presented himself with Dignity, and the perfect Gentleman at all times. I and many members in the American Legion Family which consist of, **(The American Legion, American legion Auxiliary, and Sons of the American Legion)** have always remarked about the class he has brought to our County. (Kings) He is an excellent speaker and was loved by all.

I'm not sure how many years Bob is a member of "The American Legion," what I do know is, I'm a member of "The American Legion Auxiliary" for Twenty Five years thru the Military Service (Marine Corps, Korean Conflict) of my recently deceased husband. Both my husband and I of Sixty Yrs of marriage celebrated two weeks prior to his demise are very good friends with Bob and his wife Linda.

I met Bob and his wife many years ago at a Kings County American Legion fundraiser. Proceeds to benefit the Baseball Fields for American Legion Baseball. Bob was on the KC Staff and chaired the function which was a very prestigious position. He would soon become KC Commander in charge of many Posts in our County. He brought much dignity, knowledge and new members (Veterans) into our County from many walks of life. In addition, the Kiwanis Club in Bay Ridge Brooklyn was another organization he was a member of and well respected. As we spent more time with Bob, we began to notice he was showing signs of tremors, and many times would suddenly leave the room to compose himself. We were under the impression Bob was beginning to suffer with Parkinson's disease. Soon we found out it was Posttraumatic Stress Disorder (PTSD) and were very saddened to hear this!

His Service to our Country was his life until his retirement. He is a Distinguished Disabled Decorated War Veteran.

Your Honor; I pray God will direct you in determining an appropriate sentence for Bob's Crimes.

Thanking you in advance for your consideration.

Sincerely,

Ann Viverito
Past KC County President, ALA, 1993-1994
Past Dept. of NY ALA Website Coordinator, 1999-2012 (Volunteer for 13 yrs.)

# Kiwanis

New York



Joe's Heroes
2006-2007

**2006-2007 GOVERNOR**
**Joseph L. Corace**
2550 Ocean Parkway
Brooklyn, New York 11235
(B) 212 577-1213
(C) 917 282-9498
(F) 718 336-5777
jcorace@icmdata.com
joecorace@aol.com

January 13, 2013

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Robert T. Alessi

Dear Hon. Cogan,

  My name is Joseph Corace and I have held the position of Governor of the New York State District of Kiwanis International.

  Kiwanis is a global organization with 600,000 members in 80 countries. We are nearly 100 years old. Our New York District has close to 10,000 members and we are all working together to help the needs in our communities.

  As Governor you get to meet and work with members throughout the State and we get to see our clubs in action, creating projects that benefit a need within their area.

  In Brooklyn we have projects such as raising funds to send children to Kamp Kiwanis, visit Nursing Homes and provide gifts and music for sing-a-longs, have fundraisers to benefit Ronald McDonald House where we serve dinner to patients and their families, provide music or a magician for the children and try to entertain these families after a day of treatments, and there is much, much more….

  I am also President of the Board of the Kiwanis Pediatric Trauma Center in North Shore, Manhasset Long Island, a Kiwanis program that saves childrens lives with proper medical attention, prevention programs, and education of first providers.

  I know Bob Alessi for over 20 years as a Kiwanis member that was always there to help, and as a volunteer who always asked to do more. Bob was always responsible to his word. You could always count on Robert. Bob has been involved in all of our fundraising efforts whether in Brooklyn, Long Island or relief efforts across New York State.

Bob Alessi continued

As an officer with the Armed Forces, Bob was always asked to represent and lead our veterans programs and he always did it with honor.

In my personal relationship with Bob I have never been disappointed and never hesitated asking for his help with any of our project.

Your Honor, I don't claim to understand or pass judgment, but somehow can you take into consideration the Bob Alessi that we all know and love. And if I can personally help in any way I'm extending that offer.

Yours in Kiwanis

Joseph L. Corace
Distinguished Past Governor
Kiwanis Pediatric Trauma Center, Pres.
President, Mapleton Kiwanis
Club in Brooklyn NY

# Robert Seda
██████████████, **Centereach, New York 11720**

January 2, 2013

Honorable Brian M Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Honorable Cogan,

My name is Robert Seda; I am currently a Special Enforcement Supervisor for the Internal Revenue Service at the downtown IRS office. I have been a federal employee for 27 years, 2 served in the US Army.

I was introduced to Colonel Robert T. Alessi in the summer of 2006 by my Fiancé, Eva Carrasquillo. Our common army experience was instrumental in developing our friendship. We have been great friends since.   Although Bob was a career Army Officer and I was a non commission soldier drafted in 1968, we both served in Southeast Asia. As a combat veteran, I can say that Bob is a true leader, which I respect as an army veteran myself.

During the years I've known Bob, he and his wife Linda have visited my Fiancé's home in Staten Island NY on various occasions for social events, and we've attended his home as well. We have also attended other social events at friend's homes and or restaurants.

I have known Bob to be positive, honest, and trustworthy with high integrity. I have attended various Homeowners' Association meetings, which Bob presided as President. I've observed Bob listen to concerns of all association members as he tried his best to resolve issues. Bob's experience and integrity makes him a valuable asset to the community.

Since Bob's unfortunate ordeal, which he admits his guilt; we have a different Bob Alessi. Bob no longer has his positive demeanor. He has become depressed and withdrawn, has lost excessive weight and his health appears to be deteriorating.

As a recipient of two purple hearts, Bob has demonstrated his patriotism to his country, although it appears to come with a price. There is not doubt in my mind that Bob is suffering Post Traumatic Syndrome due to the years of Army combat experience, he takes various medication, to help him function. He suffers greatly.

During the years, Bob has been commended by various civic associations and military associations. We are both members of the American Legion of different chapters.

In summary, Bob is a good man. He made a mistake which he has admitted to. Bob's entire history and contribution to society should be considered for leniency.

Sincerely,

Robert Seda

Briarcliff Manor NY 10510

3 January 2013

Hon. Brian M. Cogan
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

RE: ALESSI, Robert

Hon. Cogan:

I write a letter I never imagined I would write for several reasons. As both a parent and
an educator, now retired, I could not have envisioned writing on behalf of any person
involved with child pornography.

I have known Bob Alessi since the mid 1990s. He would be among the last people I
expected to become involved with child pornography.

Nevertheless, after careful thought, I write in his support. I first met him when he and a
U.S. Army Junior Reserve Officer Training Corps Program came to Theodore Roosevelt
High School in the Bronx. He was the program's commanding officer. Prior to the
program's arrival at the school I openly opposed it. I expected it to be nothing more than
a means for the military to recruit impressionable young male and female students. I felt
the military did not have a place in high schools. However, the principal had the final say
and the program became a part of Theodore Roosevelt High School.

When I moved from the classroom to administration, a subsequent principal placed the
JROTC program within my supervisory area of responsibility. Thus began my
association with Lt. Col Bob Alessi, U.S. Army ret. Our initial meeting centered on my
opposition to the program and what I expected to see when observing the teachers in the
program. He listened and understood. He welcomed classroom visitations on behalf of
himself and his sergeants. When addressing my concerns about the program he simply
asked not to be pre-judged and for the program to be given a chance.

As an administrator (Assistant Principal) I came to see that he and his three (3) U. S.
Army Sergeants, ret. had the students' academic interests and behavior as priorities. Bob
Alessi and I worked together to integrate aspects of the JROTC curriculum with the NYS
Social Studies curriculum. The historical and geopolitical aspects meshed and this
reinforcement of what was being taught in Social Studies classes helped students prepare
for NYS Regents Exams. This was neither something he had to do nor something I could

direct him to do. He recognized the potential value to students and enthusiastically embraced the idea.

Bob Alessi was a consistent advocate for student achievement. Obviously, he taught the JROTC curriculum. However, he did much more. If a cadet was having academic problems, he visited the teachers to see what he could do to help the student; he tutored students in academic subjects; he reinforced the requirement of respect and proper behavior in academic classes; he instilled integrity; he taught the need for respect for both people and regulations; he acted as an unofficial guidance counselor for cadets; he served in effect as a surrogate parent for students. One only needed to see either the numbers of parents and guardians who came to see him on parental "Back to School" programs or the numbers of alumni/ae who returned to visit to realize he was having a positive impact on student cadets. Many times he dug into is own pocket to feed students who would otherwise have gone hungry that night or weekend. He found warm clothing for students who came to school in the dead of winter wearing clothing appropriate for warm weather because it was all they had. He was student centered. In fact, on more than one occasion I entrusted him with my then teen aged daughter when he invited her to see a program or parade with which the JROTC was involved. He lead student cadets to the realization that the sum is truly greater than the total of its parts.

In my experience, Bob Alessi, primarily a military man, did more and was more effective than many trained educators. If a student grade point index was 75% he pushed for 80%; if it was 80% he pushed for 85% and so forth He provided encouragement and support for academic growth. He was able to get his cadets to see past a life of inner city poverty, dysfunction and violence. He encouraged them to believe in themselves and to see different paths for their life.

The vast majority of his JROTC student cadets learned to believe in themselves and the value of hard work. Many went on to top level colleges. I know that at least one (1) of his cadets became a graduate of West Point. Several more were accepted into West Point. Several others enlisted in the military after graduation and had a successful military experience. Without Bob's support and reinforcement I do not think these students would have even thought about an institution such as West Point. Nor would they have entered colleges such as NYU, Fordham, etc. Would these things have come to pass if these young men and women had not come into contact with Bob Alessi? Anything is possible. The question as I see it is one of probability. In my mind, Bob Alessi was a major influence on student cadets, and the likelihood of attending schools such as West Point or NYU or Fordham among others was not very probably for most. Bob, through his actions and example changed the probability factor.

As an administrator, one of my responsibilities was investigating any member of staff alleged to have violated the Chancellor's Regulations with regard to both students and other staff. Never did Col. Alessi's name surface with regard to the suspicion of such behavior or violation. His conduct was exemplary.

I was surprised and saddened when Bob told me of his situation.  As I mentioned before, he would have been among the last people I would have thought would possess child pornography.  He had an exemplary career at Theodore Roosevelt High School and, to the best of my knowledge, an exemplary military career.  I am not a psychologist. I cannot explain how or why Bob became involved with pornography of any type.  I can say that as a layman, he appeared to have a lingering effect of his military life as evidenced by a tremor in his hands.  It gradually seemed to become more pronounced.  It may have gone much deeper than that physical manifestation, but I am not qualified to say.

What I can say is that as an educator  and a role model for students, Bob Alessi was at the top levels of the list at Theodore Roosevelt High School.  Student cadets respected and genuinely liked him.  Student respect is not an easy thing to earn, but he did so.  He consistently pushed students to look inside themselves and see their talents.  He was never phony with them. They saw and respected that.  Students achieved and reached new personal heights in large part because of Bob Alessi.  Whether in a cafeteria, a classroom or an assembly, one could usually identify JROTC cadets by their behavior and appearance.  No cadet wore pants that gave the world a view of his underwear.

Based on my experiences with and observations of Bob Alessi, I have to conclude this involvement with child pornography is an aberration.  It is not the man.  I can only make uneducated guesses as to what may have lead him to this point.  I emphasize that this is not the Bob Alessi I have known and with whom I have worked.

In the interests of justice, I request you take Bob Alessi's entire adult life into consideration.  He has served his country in both the military realm and the educational realm.  Combine that with his membership in charitable organizations and you find a life of service.  I urge you to consider this involvement as an aberration and not the person. Imposition of sentence is totally within your considered discretion.  Nevertheless, I believe confinement is not warranted and possibly counter productive.  This, in my opinion, is an instance where justice calls out for medical treatment, not confinement.  I urge you to find the quality of mercy and compassion within justice.

Respectfully,

Bruce Wiacek

December 20, 2012

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re.    Letter of character in support of Retired Lieutenant Colonel Robert Alessi

Dear Honorable Cogan,

It has been my pleasure to have known Bob Alessi since 1994. At that time, he and my husband, Retired Master Sergeant Nolan Melson, worked together for the Junior Reserve Officer Training Corps (JROTC) program at Theodore Roosevelt High School in Bronx, New York. Bob not only headed the program at Theodore Roosevelt High School but was a key individual in establishing the program, which was the first JROTC program to be implemented in New York City. Bob and his staff helped thousands of young men and women on the lower end of the socio-economic ladder turn their lives around and become contributing members to society. Among Bob's most notable attributes is his ability to motivate even the most helpless individuals, and for this reason he was regarded as a true inspiration to his students! Many of his students stayed at our home on different occasions and always expressed their utmost admiration for his leadership and involvement in developing their personal and professional capacities.

Bob and his lovely wife, Linda, were blessed with two outstanding children whom have excelled as a result of their upbringing. Their son, Jason, is a career Airman in the United States Air Force, and their daughter, Kellie, is a highly accomplished attorney who lives with her family in Rochester, New York. My own children, whom are now adults, have benefitted immensely from Bob's continuous mentorship during their formative years. The values that he imparted to them remain engrained in their make-ups, and is the very reason why they remain in contact with him to this very day. As supporters of the public's trust, we all have accompanied the Alessi family, throughout the years, to many military and political functions.

Most dear to my heart has been the time that Bob has dedicated to spending with my elderly parents, whom are now in their nineties. My parents were unfortunate victims of the

Holocaust, and their presence at several of the military and political functions to which they have accompanied Bob have brought comfort and meaning to their lives. He displayed more patience and compassion while listening to my father recount his own atrocities than anyone else I have ever encountered, and this has been therapeutic for my parents, who still suffer from their past.

With his limitless energy and unwaivering commitment, Bob has done only good after good for so long a period of time. Now, however, I have begun to witness a man whose physical and mental health have become a concern for several years. He is now extremely fragile and receiving medical attention. It is my greatest and sincerest hope that you will regard my characterization of my dear friend, Bob as indicative of an invaluable member of society who should be given every opportunity to correct a problem that can best be addressed through a skilled program. Please take into account his extensive military record, spanning a period of service of over 23 years, as well as his community service through veterans and civic groups, and all of those individuals, overall, whose lives he has enriched.

I thank you for having given me the opportunity to express my thoughts in support of Bob Alessi, and for your sincerest consideration of my letter in determining the disposition of his case.

Very truly yours,

Annette Melson

# Brian Baslin

███████████

## Staten Island, N.Y.

████████████

---

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re; Support of Robert T. Alessi

Dear Honorable Judge Cogan:

My name is Brian Scott Baslin, I am the Vice President of the Bensonhurst and Bay Ridge Kiwanis Foundation where Robert is a member and also the most reliable dedicated secretary our club has ever had. I have known Robert both professionally and personally for over six years. Due to the very unfortunate circumstances he now faces, he has resigned from his duties as secretary until further notice.

Over the years Robert has been on the fore front of several outings the club sponsors to help the people of local communities.  Each year the club organizes events at the Ronald McDonald House feeding the families housed there and gifting items they use daily. On one instance we ran out of supplies. Without hesitation Robert went right out and picked up the supplies needed utilizing his own funds.  In the six years of working with him this has been the pattern, he has unselfishly done whatever is asked of him without the slightest of hesitation or personal gain.

From my conversations with Robert I know he is extremely remorseful for his actions and realizes how this one criminal act will negatively impact his family, friends and charities he is involved with.  I can attest that Robert is suffering over this situation with depression, massive weight loss. I respectfully ask that Your Honor  take into account his military service to this country as Colonel, as well as how his good will and charitable deeds continue to benefit our communities and those in need.

Thank you for your time and consideration in this matter.