If you have any questions, please do not hesitate to call on me.

Respectfully yours,

Brian Baslin

December 18, 2012

The Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, N.Y. 11201

Dear Hon. Cogan:

I am writing this letter to you on behalf of Robert T. Alessi.  Bob has been a friend of mine for over 16 years.  I can attest to his devotion to his God, his family and his country.

His military record alone is testimony to his character, a retired Colonel of the U.S. Army, having served in multiple wars and seen much action.  His devotion to his command, his honesty and integrity are all recognized in his commendations.

Bob, on a personal level is a good friend, a mentor to many.  He is wise in so many ways, and has given guidance and counsel to many.

His leadership in and out of the military, with the American Legion, the Gowanis, and other organizations has helped many others to become leaders.

On a career level, he has suffered battle trauma, and personal tragedy with the loss of a grandchild.  After retiring from the military, his world had  changed, leaving him confused and without direction.

Bob has already suffered so much, please give him an opportunity to put his life back together with guidance and dignity.

Most sincerely,

Regina N. Harris, Past Department President, Dept of N.Y. American Legion Auxiliary

███████████, Brooklyn, N.Y. 11234

December 18, 2012

The Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, N.Y. 11201

Dear Hon. Cogan:

I am writing this letter to you on behalf of Robert T. Alessi. Bob has been a friend for over 13 years, His military record alone is testimony to his character, a retired Colonel of the U.S. Army, having served in multiple wars and seen much action. His devotion to his command, his honesty and integrity are all recognized in his commendations.

Bob, on a personal level is a good friend, a mentor to many. He is wise in so many ways, and has given guidance and counsel to many.

His leadership in and out of the military, with the American Legion, the Gowanis, and other organizations has helped many others to become leaders. Personally, Bob was a man we could always look up to and count on.

Bob's world abruptly changed when he retired from the military, On tap of that, he suffered the loss of a beloved grandchild. After these losses, his direction became confused, and altered, too much of a void to fill.

Bob has already suffered so much, please give him an opportunity to put his life back together with guidance and dignity.

Most sincerely,

John B. Rogers, Past Detachment Commander, NY – Sons of the American Legion

████████, Brooklyn, N.Y. 11234

ANDREW AFFRUNTI
█████ █ ███████████
Brooklyn, New York, 11204

December 12, 2012

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Hon. Cogan,

I have known Robert Alessi, retired U.S.Colonel, for the last 22 years. We are both members of the American Legion.

Robert has been an outstanding member of the Legion. He has been involved in many programs within the Legion. I have always looked at Robert as a responsible, serious and upstanding gentleman. He was a member of my students essay writing committee on "Drug Awareness". We asked the students in the 5th grades of the 12 School Districts of Kings County to write a 300 word essay for a contest which the American Legion of Kings County ran for 14 years. The winners of each District received Savings Bonds and Certificates of Achievement.

Robert has been in many ways my mentor on how to accomplish difficult tasks. He has always been that person whom you would ask if you had a probelm and required his help. Robert would never turn you down. He became the Commander of the Kings County American Legion in 2003 of over 5000 Legionnaires which encompassed 40 Posts throughout the County of Kings.

Robert was an outstanding Educator. When he was assigned to form the ROTC at FDR High School in the Bronx, he encouraged the students to spend time in school and learn than dropping out. He encouraged the students to get good marks and go on to college. The ROTC Unit he formed at the High School were sharply dressed and performed similar to an Army drill team.

Robert served his Country galantly as it is attested with

Page two

the numerous Awards he has received and the Purple Heart with a cluster for the wounds he received in Viet Nam.

Sincerely,

Andrew Affrunti,
Past Commander of Kings County
American Legion. Past Legionnaire
of the year 2001 for the State of
New York American Legion

December 22, 2012

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re.    Character reference for Mr. Robert Alessi

Dear Honorable Cogan,

It is my sincere hope that this letter will have a profound impact upon your decision to dispose of Mr. Alessi's case in the most delicate fashion as lies within your discretion. My heart is heavy as I stand by my dear family friend and offer my greatest support as he undergoes this debilitating process that he must face in being held accountable for his actions.

I have known Mr. Alessi since I was a teenager – our families residing on Fort Hamilton in Brooklyn, New York. Mr. Alessi, a newly retired Lieutenant Colonel in the United States Army, at the time, was in charge of the Junior Reserve Officer Training Corps (JROTC) program, where he worked alongside my father, retired Master Sergeant Nolan Melson, at Theodore Roosevelt High School in Bronx, New York. I am now a 35 year-old Field Grade Officer in the United States Army and an attorney in the Judge Advocate General's (JAG) Corps. Thus, after a nearly 20-year friendship with Mr. Alessi, I have principal knowledge of his persona and am in a key position to opine as to his character and reputation.

Mr. Alessi, his wonderful wife, Linda, and their two children, Kellie and Jason, have been like a second family to me. Mr. Alessi had a very successful career in the United States Army, and attained a reputation for being among the best of Officers that the Army had to offer. He inspired me to follow suit and I truly believe that if it weren't for him, I would not be where I am today. Mr. Alessi is one of the most intelligent, sincere and compassionate individuals whom I have ever had the honor of knowing. He is extremely well-poised and maintains the utmost level of professionalism when dealing with everyone, in any situation. He is 100% devoted to his family and to the communities in which he serves. In particular, he became regarded as a "father" to dozens of his students in the JRTOC program who came from broken households. He

provided them the confidence and direction they had been lacking for their entire lives. He never passed judgment upon any of them and only sought to enrich as many of their lives as possible.

In my dealings with the Alessi's as their "surrogate child," I was not privy to the internal conflict that Mr. Alessi had been facing over the years, which he may have expressed to his own family, and possibly to my parents, but most certainly with which he battled within himself for many years. As an attorney, I have a great respect for the law and can appreciate the law's goal of obtaining justice. As a human being, I understand that every person is an individual and must be dealt with according to the unique circumstances involved in his or her matter. Upon becoming aware of the charges that have been imposed upon Mr. Alessi, I have also been made aware of the severe psychological issues with which he has been dealing relating to his activity in combat many decades ago. Indeed, an abundance of information is coming to light that has helped our families to place Mr. Alessi's behavior in some sort of meaningful context and be able to better understand the isolated and unrelatable world in which he has been "existing" as a prisoner in his own mind.

As a servicemember and combat veteran, myself, I can relate to some of Mr. Alessi's past experiences. I am not in a position to cast judgment on this man who has engaged in countless acts of humanitarianism over the course of his life; instead, I can only stand by him and compassionately support him to the very best of my ability. I humbly ask that, in determining his disposition you consider the **root** of Mr. Alessi's conduct as his behavior was not that of a healthy individual with a sound mind.

I thank you, Your Honor, for reading this letter, and trust that your decision will balance the interests of both the law and Mr. Alessi's need for rehabilitation through appropriate medical channels that do not involve incarceration. Please afford him this man the opportunity to demonstrate that he is in every sense of the word a productive and contributing member to society.

Very truly yours,

Terra C. Melson

December 11, 2012


Honorable Brian M. Cogan

United States District Court

225 Cadman Plaza East

Brooklyn, NY 11201


Dear Honorable Judge Cogan:

I am writing this letter on behalf of Robert Alessi. My name is Richard Meyers. I am married with two children and was the CEO of Park Slope Insurance Agency for thirty-three years. I first met Bob Alessi eleven years ago upon joining the Bensonhurst-Bay Ridge Chapter of Kiwanis.

Bob is truly a person I respect. He is an honest, dedicated individual who has worked endless hours securing funds for the NYC Ronald McDonald House. Bob has always been sincere in his money-raising efforts. Through Kiwanis, Bob, as well as myself, and all the members of the Bensonhurst-Bay Ridge Kiwanis Chapter helped to raise money in support of many organizations.

Bob and I have a joint interest in golf and have spent numerous hours on the golf course enjoying the game and each other's company. He is warm, caring and motivated to honor everyone. I will always be his friend and look forward to speaking with him and being with him. I trust Bob to babysit my eleven month old granddaughter as well as my thirteen year old son.

Bob's life has been one of impeccable sacrifice for the United States of America. He served the United States of America when needed making it his life-long career and Bob received the Purple Heart. There is no negative history with this man.

I request that Your Honor consider the above when determining appropriate sentencing.

Sincerely,

Richard W. Meyers

Old Bridge, NJ 08857

Mr. Juan C. Fuentes

New York, NY 10280

December 23, 2012

The Honorable Brian M. Cogan
United States District Court
Eastern Division of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    Robert T. Alessi

Dear Hon. Cogan;

I have been a close friend to Bob and his family for nine years and I consider him to be very trustworthy, respectable and of excellent character.

I learned early that Bob served in two wars and had been wounded twice. Through the years of interaction, I came to notice certain things which bothered me but were treated by me with all the love imaginable.  Each year we celebrated holidays and family functions together. Through all this, I became concerned about certain actions about Bob's personality. This included the shaking of both his hands and a tendency to appear tense and nervous.  At times, I often noticed that he removed himself from the group, sat alone and stared into space. On several occasions, I asked what was wrong.  On one occasion. after a long period of silence, his response was "war".  I noticed his mind often wandered with the same look that led me to believe that his war memories appeared to haunt him frequently. I learned a few years ago Bob suffers from Post Traumatic Stress Disorder based on his war experiences.  As a result, I now understand what he meant.

I know that Bob spent over 20 years as an officer in the US Army and was highly decorated.  I also know that he has spent over 15 years serving the City of. New York and the community through numerous Veterans groups and Kiwanis International, assisting veterans, children and the needy.

I have attended events where Bob was honored by the New York City Council, the Borough President of Brooklyn, The New York State Senate and the New York State Assembly for his work with Veterans groups and the communities. Hopefully your Honor will consider these achievements.

I respectfully request that your Honor take into consideration Bob's lifetime of service to our country and the communities during your deliberations on his sentencing.

Very truly yours,

Juan C. Fuentes

███████

Brooklyn New York 11209
December 24th, 2012

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225-Cadman Plaza East
Brooklyn New York 11201

Dear Judge Cogan;

In the very near future the criminal case regard Mr. Robert Alessi will be before you for sentencing. The purpose of this communication is to ask for leniency in that matter. I have known Robert and his wife Linda and his children for more than 20 years. During that span I have never observed any form of conduct such as the behavior described in the current matter pending in your court. I am quite sure that you are aware of his military experiences overseas and his contributions state side with many of the disadvantaged youths at the end of his career here. Accordingly, my association with Robert includes his participation in a Brooklyn based Kiwanis Club and that is where on a weekly basis his expertise and assistance in acting as the Club Secretary has made an enormous difference in the Club's operation. This position is one that very few members if any volunteer to do since it involves all of the rules imposed by Kiwanis International and the implementation of such. This type of volunteerism and dedication is one of the trademarks that describe Robert. I retired after 20 years as a Detective for the NYCPD and now own & operate a Watchguard Service in NYC. Obviously, after spending 20 years on the streets of NYC one could say that I have "seen a lot of strange things" and this is beyond my comprehension why anyone would engage in behavior that is described in this matter.

I have maintained contact with Robert since the matter came to light and have observed a distraught individual that is completely mortified and has imposed imprisonment upon him self. I understand that he is receiving consoling but the realization of incarceration is overriding any future rehabilitation that might be recommended. While reviewing all the facts in this matter I appeal to you for some measure of leniency in lieu of incarceration that the court deems appropriate. Robert can still be a citizen of good standing and continue to make contributions to society and not have his life defined by this one enormous exercise in poor judgement.

Respectfully submitted,
Tyrone A. Yorio (Ret. Detective NYCPD)

Mr. Carl S. Underberger

New York, NY 10280

December 23, 2012

The Honorable Brian M. Cogan
United States District Court
Eastern Division of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Robert T. Alessi

Dear Hon. Cogan;

I have been a close friend to Bob and his family for over 35 years. I have always considered Bob to be honorable and of excellent character.

I know Bob was an Elected Official of an important Brooklyn Kiwanis Chapter, coordinating several charitable events and donating hours of his personal time for the benefit of children and others less fortunate.

Bob also served as Commander of the Brooklyn Borough American Legion, who successfully initiated and supported fund raisers and encouraged others to keep the organization from extinction due to the dying breed of its participants.

Bob is a 23 year plus retiree of the United States Army and a decorated Lieutenant Colonel who served in the Vietnam and Gulf Wars. I always admired his service to our County, his two Purple Hearts and many other medals. I also know that he has paid a terrible price for the wars in which he fought. I know that Bob is permanently and totally disabled due to Post Traumatic Stress Disorder.

While Bob's crime is completely out of character for him and he suffers daily, he accepts responsibility for his actions. Some key family members have turned their backs and scorn him from their lack of understanding and compassion towards his total remorse. He spends most of his time suppressed, alone and ashamed. I do not condone his actions, but I cannot condemn a man who I have known for so long and has done so much for our country and the community. Bob has all ready incarcerated himself in his home and in his mind. I ask your Honor to please consider Bob's lifetime of service to our Nation in the military and the community, as well as his current psychological condition before rendering a sentencing judgment. He lives in fear and turmoil and needs help getting back into life.

Very truly yours,

Carl S. Underberger

The Honorable Brian M Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Dear Honorable Cogan,
    I am writing to you on behalf of
Robert ALessi
    Where do I start!
Robert and I have been friends and fellow
Kiwanis club members for more than 30 years
IN my opinion There has to be a very good
reason why Robert did something like this as
charged There is no way possible if he was
in the state of mind That I no Robert to be
in all those years
    He is always giving helping people and
Children less fortunate Helping needed
and handicap children in Hospitals, Homes
Always volunteering on Committees to help others
Besides giving of money he donates his time
and efforts with many creative projects as
ferrald MacDonald House, Cancer Patients mostly
Children, Juvenile Deabettes association again
with Kids with Type 1 Deabettes where they
are insulin dependant for the rest of their life

Heartshare organazation, Italian American
Federation and Many More!
Never did Robert put himself in front
or better than anyone else he is always there
to help assist in all ways
I am a retired Business owner in
Brooklyn, for over 45 years Company Name
Wedding Coach
I plead to you to find Some Kindness and
let Robert continue Serving his Community
as in the past, Serving the community
and fellow americans, Thank you
Sincerly,
William Basso

Bklyn New York 11204



## A. Rizzotto & Sons Funeral Directors, LLC

December 14, 2012     530 Narrows Road South • Staten Island, NY 10304
718-720-1232

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Hon. Cogan:

Please allow me to introduce myself. I am Michael G. Rizzotto, proprietor of A. Rizzotto & Sons Funeral Directors, LLC, 530 Narrows Rd. S., Staten Island, NY and immediate past lieutenant governor (2011-2012) of the Brooklyn Division of Kiwanis International. I have known Mr. Robert T. Alessi for seven years from interactions of our many Kiwanis meetings and events. During my term as lt. governor, I have come to know Mr. Alessi on a more professional level, as he would report his and his club activities directly to me. I have always been impressed by Mr. Alessi's honesty, meticulous attention to detail, honor, and most importantly to me, his integrity.

Kiwanis is a global organization of volunteers dedicated to changing the world, one community and one person at a time. In no small way, Mr. Alessi was instrumental in bringing a family from Italy to New York so their son, who was destined to never walk, could have an operation only available here. Through Mr. Alessi's fundraising and coordination efforts, this was made possible. This young man is now able to walk and live a normal life. This is just one example of the many good deeds Mr. Alessi has done.

One cannot overlook the exemplary military service Mr. Alessi has provided to our great nation during his outstanding career. His continued support of our veteran associations and groups is most admirable. He has always been a tremendous help to me when Kiwanis hosts the annual holiday party at Ft. Hamilton Army Garrison. Again, through Mr. Alessi's efforts, over one thousand military families are provided with food, music, entertainment, a visit from Santa and gifts for the attendees.

Hon. Cogan, I am fully aware of the situation Mr. Alessi is in. If I may humbly ask, please find it in your heart that he be excused from incarceration. There is still many good works that need to be done and Mr. Alessi is a most valuable asset to our community.

Respectfully Yours,

Michael G. Rizzotto
Lt. Gov. 2011-2012
Brooklyn Division of Kiwanis International
718-720-1232

Nolan A. Melson Jr.

Los Angeles, CA 90059

December 11, 2012

Honorable Ryan M. Cogan
United States District Court
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Cogan,

I am not unique, yet, I possess a certitude of shared experiential and empirical knowledge, in that I may speak to the character, leadership, organizational skills and heartfelt positive endeavors (consistently and constantly demonstrated) by Lieutenant Colonel (LTC) Robert T. Alessi, United States Army Retired, in his attending to the community and educational needs of a varying group of people in the greater New York City metropolitan area. Specifically, under the auspices of the New York City Department of Education ; United States Army Cadet Command; The American Legion, Kiwanis, and Chamber of Commerce public service organizations; his unwavering direct assistance to the United States Military Academy's (West Point) recruitment mission; the absolute imperative of productively engendering a life-long desire to learn and contribute as a productive member of our nation to the students , faculty and indeed administrators responsible for many enrichment programs of many college bound, undergraduate/graduate serving community members and their families to include myself.

I have known and interacted with LTC Alessi as his colleague, friend (to include mutual immediate family members), and through his greatly respected community and institutional interactive support to me as an appointed advisory member to the 16th Congressional Districts' Military Academies and Affairs committee  of the Honorable Jose Serrano; as his senior assistant army instructor (to which he daily provided leadership, wise counsel and effective, superbly communicated supervision to me,[ the mission of "Preparing America's Youth] for greater citizenship participation) and College Entrance Examination Board (CEEB) guidance counselor-- as a retired United States Army staff member serving as the First Sergeant to the Corps of Cadets of the Theodore  Roosevelt High School Junior Reserve Officers Training Corps' "Roughriders Regiment" located in the Bronx, New York-- for over 18 years of my own continuing life's growth. I am grateful and am imbued with the utmost respect for his persona in toto.

With respect to the presenting life altering difficulty that he is coping with, I can't begin to understand its etiology.  He has spoken with me and offered no explanation for this aberrant behavior other than to accept the truth of fact and need to inform me of his acceptance of his responsibility for

culpability in this matter I have no reason to doubt his veracity-- when I asked him as to his being unable to explain the seemingly "inexplicable and ineffable nature" of his predicament.

I have personally witnessed time and time again his caring, sharing of life's lessons, and indeed acts above and beyond the expected call of duty for the many professional and volunteer organization's support missions he singularly and often included others (myself especially) from the military, business, religious and academic communities that were finalized , executed with meticulous care for the young people and their family's within the aforementioned greater New York City metropolitan area. Typical of LTC Alessi is his indefatigable spirit to help other people and to even risk his own health and well-being in order to accomplish our Department of Education and United States Army's mission to the youth of our great nation—[emphasis on teaching/leading by example the responsibilities of citizenship through **selfless service**].

I could enumerate hundreds of examples of personal character attributes of my great hearted, loving friend, teacher and colleague. Most poignantly I remember in general his overwhelming sense of effectuating higher standards of the expected ethical conduct with his students, colleagues and community members in every instance even though his presence as a senior military officer often brought uninformed biased voicing's by educators who were ill informed with respect to our mission. He nevertheless persevered and earned their enthusiastic support for all his staff and the institution directly benefitted from our proven reputation to ameliorate and make more amenable to progressive change the posture and profile of our entire student body and to a most telling extent, our collegial faculty.

In conclusion, I emphatically state that Lieutenant Colonel Robert T. Alessi is a great "American Soul" who has offered his all in the promotion of goodwill and positive direct action to literally thousands of our social body polity and risked his life and well-being time after time in the conduct of our nation's conflicts. I beseech Your Honor as one who is also a 100% totally and permanently disabled veteran, for mitigating consideration. In my humble opinion, I believe LTC Alessi to be of the temperament that avails itself to ameliorative mental health treatment and definitely to the very best of my knowledge is not inclined to visit any harm to any person, and whose current position would offer personal and social amelioration with a definitive salubrious outcome. This is my unequivocal belief. He should be allowed to remain un- incarcerated and in mandatory treatment, as he is presently involved under the purview and responsibility of the United States Veterans Administration's mental health professionals.

Respectfully Yours,

Nolan A. Melson Jr.

**Victor & Deborah Oliver**

███████████

**Staten Island, NY 10314**

January 1, 2013

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Robert Alessi

Dear Hon. Cogan:

 We are writing to you about Mr. Alessi. We met him about 6 years ago when we first
moved to the address above. Our neighbors portrayed him as a stern military man. As we
got to know him better than most on the block, we came to realize that it was the only
way he knew how to be which was straight by the book, no deviation, everything black
and white with no shades of gray. It came from his years of being in the military.

I, Deborah, was on the board of directors for our block association with him. It was an
experience to say the least as I would always butt heads with him, and try to make him
see things were not always black and white.  It was an experience.

We became very close with him and his wife, and with that closeness came the
knowledge of knowing about the things he had to endure in the war which led to the war
syndrome that he now lives with. He is on many medications as well sees a psychiatrist.

With that said, I do not condone what he did by no means, and he knows that as well, it
was so out of character for him. We have had discussions about similar situations and he
knows how we feel about people whose actions include children. Now he lives with his
actions, he has ruined relationship with his family, his friends. He is on more medication
now than ever before and sees the doctor more. It has become hard for us as we have
children of our own as well as a grandchild as we try to keep some sort of relationship
with him. At times I get angry and still voice my opinion.

Hon. Cogan
January 1, 2013
Page 2


I don't think anyone can do anything to him worse than what he is doing to himself. With as sick as he has made himself over what he has done, jail would just kill him. He is distraught over losing what he did and with the fact that he will know be labeled a pedophile for the rest of his life. I do believe he should be punished for what he did, maybe in the form of restitution.


Sincerely,

Mr. Victor Oliver
Mrs. Deborah Oliver

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 CADMAN PLAZA EAST
Brooklyn, NEW YORK 11201

DEAR Honorable Cogan:

I am writing to you regarding my concern for the case before your court involving Robert T. Alessi. Realizing the graveness of this matter, I humbly request that you consider the following information in rendering your verdict:

I've known LT. Col. Alessi for roughly fifteen years. We taught together at Theodore Roosevelt High School, in The Bronx. I was a physical education teacher and athletic coach at the school, and Bob was the director of the JROTC program. On many occasions, we worked together in providing educational services to the students at Roosevelt. I witnessed Bob providing unlimited support, guidance, and leadership in his dealings with both students and staff. To say that this individual provided his utmost in teaching and molding the students towards fulfilling their educational requirements, would be a gross understatement. Repeatedly, one of the last to leave work at the end of the day, as well as sacrificing his lunch breaks and making numerous other sacrifices to help youngsters in their educational and life endeavors, I really did admire his contributions.

(con'td)

I also know of the dedicated service given to various civic organizations, and the leadership provided thereof. Always anxious to donate to charitable causes, the man has a "heart of gold."

Well, with much shame, Bob told me of his recent problems with the law, and the seriousness of his case resting before you. He has admitted and accepted wrongfulness in these matters. He has felt extreme guilt and remorse regarding his actions. I ask that you consider the wonderful achievements of this man, both civically and militarily, in rendering your decision, and not incarcerate him as he has already suffered great losses in friendships, standing in community, dignity, and pride. Please, your honor, take into account, all his admirable qualities, and be cognizant of the psychological and emotional conditions stemming from military combat experiences, which would cause incarceration to be devastating to his wellbeing.

Thank you for your considerations!

Respectfully submitted,

Glenn Basile
199 Cypress Trace
Royal Palm Beach, Florida
33411



**Board of Directors**

G. Jack Spatola
*Chairman of the Board*

Frank D. Naccarato
*President*

Salvatore Fronterre'
*Vice President*

Carlo Scissura, Esq.
*Vice President*

Carlo Lauricella
*Treasurer*

Barbara Pascarella
*Secretary*

Lina Bennardo
Sal Calabrese
Charles Candela
Msgr. David Cassato
Rocco Ferraro
Saverio Leone
Cav. Corrado Joe Manfredi
Gino Masi
Dr. Sudha Patel

Nancy Sottile
*Executive Director*



**Member Organizations**

Alpha Phi Delta - NY Alumni Club
Amici Dello Stretto S.C. Inc.
Apostolato Ital. of O.L.G.
Apostolato Ital. of S.M.M.J.
Assoc. Pugliese Figli M.SS.A.
Azione Cattolica di S. Domenico
Ben Bay Kiwanis, Inc.
Caduti Superga Mola Assoc.
Calabria Regional Assoc.
Campania Regional Assoc.
Castellammare del Golfo USA
Cinisi S. Fara M.A.S.
Columbia Assoc. Police Dept.
Columbia Assoc. N.Y.C.T.A.
Congrega Maria S.S. Addolorata
Domani Vision Film Society
Donne Italo Americane (D.I.A.)
F.I.E.R.I. of Brooklyn Assoc.
Gruppo Italiano di S. Atanasio
Ital. Bil. Bic. Educators Assoc.
Italian Opera Company
Juventus Club of New York
Messina & Province Society
Militello Val Catania Assoc.
Most Precious Blood Church
N.Y. Vizzinese Assoc.
Northfield Bank
Ridgewood Savings Bank
S. Antonio A. Castrofilippo
S. Giovanni Battista Figli di Pozzallo
Sciacca Social Club
Societa' Figli di Ragusa
Soc. Citizens of Pozzallo
Soc. S. Calogero di Torretta
St. Vito di Ciminna Society
Van Westerhout Citt. Molesi

**Founding Members**

Cav. Baglieri, Joseph
Cav. Valenti, Gaspare
Danza, Michelangelo

## Federation of Italian-American Organizations of Brooklyn, Ltd.

*F.I.A.O. of Brooklyn, Ltd is a Not For Profit Charitable Community Service Umbrella Organization*
*Providing: prevention, cultural, education, sport and social services*

7403 - 18th Avenue -"Cristoforo Colombo Blvd" Brooklyn, NY 11204-5614
Tel. 718-259-2828 • 718-256-7277 • Fax 718-236-4405
www.fiaobrooklyn.org • email: info@fiaobrooklyn.org



*Il Centro*
*The First Italian American Cultural*
*Community Center in New York City*

The Honorable Brian M. Cogan                    January 3, 2013
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Cogan:

My name is Frank Naccarato. I am a businessman and community leader in the Bensonhurst and Bay Ridge area. It is with great pleasure that I write this letter of recommendation on behalf of Mr. Robert T. Alessi who I have known for several years.

As the current President of the Federation of Italian American Organizations of Brooklyn and past President of the Bensonhurst and Bay Ridge Kiwanis Foundation and past Vice Commander of the American Legion George Washington/Victor V. Allegretti Post #1872 (all 501-C3 non profit organizations) I had the opportunity to work with Mr. Alessi on many community projects Such as church activities ,fundraisers,food drives for the needy and many other Projects, including military events.
Because his many years of Honorable service to our Country, in Oct.of 2002, the Federation of Italian American Organizations, unanimously voted Lieutenant Colonel, Robert T. Alessi to be one of the Grand Marshals in the Brooklyn Columbus Parade .
Because of his dedicated service to our Country and our community he received Several Proclamations and Citations from many Public Elected Officials.

As a community leader I have worked with many other individuals in various Capacities. Mr Alessi has distinguished himself among the rest for his honesty, Dependability and unconditional care for others, especially the less fortunate Of our community.
It is because of his support and personal involvement that our Country and our Community is better and more viable.

We hope that this judgment will be as compassionate and as lenient as possible.

Respectfully yours,
Frank Naccarato

Funding Sources

*NYC Dept. of Youth & Community Development*
*NYS Office of Alcoholism & Substance Abuse Services - NYS Office of Children & Family Services.*